

3000 Atrium Way
Suite 200
Mt. Laurel, New Jersey 08054
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
ross@kazlg.com

December 15, 2020

**VIA ECF**

Honorable Joseph A. Dickson
United States District Court, District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Courtroom MLK 2D
Newark, NJ 07102

Re: *A.Y. Strauss v. Proline Agency*
**Case No.: 2:19-cv-19340-JMV-JAD**

Dear Judge Dickson:

We represent the plaintiff in the above-referenced matter.

Due to a change in the law, Plaintiff wishes to voluntarily dismiss this action with prejudice as to its claims and without prejudice as to the claims of the putative class members. Plaintiff respectfully submits that the defendant, Proline Agency, previously filed an answer *pro se*. Because the entity cannot represent itself and does not have counsel, however, we did not reach out to Proline to seek a F.R.C.P. Rule 41(a)(1)(A)(ii) dismissal. Nevertheless, as the entity cannot represent itself, we will be happy to file a Rule 41(a)(1)(A)(i) voluntary dismissal.

Should the Court wish to have a telephone conference to discuss this issue, we will make ourselves available at the Court's convenience.

We thank the Court for its courtesies.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: **12/16/2020**

Respectfully submitted,

Ross H. Schmierer, Esq.

ARIZONA - CALIFORNIA - MINNESOTA - NEVADA - NEW JERSEY
NEW YORK - TEXAS - WASHINGTON